U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 24 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES EDWARD BOYD | CIVIL ACTION NO. 03-1249-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by the Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding the department regulation banning cassette tapes which contain "explicit lyrics" are dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding the seizure of the photograph from incoming mail, the department regulation prohibiting the possession, purchase or receipt of all adult and other sexually explicit magazines, the department regulation banning all out-of-state escorted absences and the failure to notify him of his grandfather's death are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). Plaintiff's claims regarding a rule implemented by Warden Venetia Michael on June 30, 2003 will be addressed in a separate memorandum order.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23rd day of August, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE