**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHARLES EDWARD BOYD | CIVIL ACTION NO. 03-1249-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 38) is **DENIED** and that Defendant's Motion for Summary Judgment (Record Document 42) is **GRANTED IN PART** by (A) dismissing all claims based on the constitutionality of Department Regulation No. C-02-009, ¶ 10(B)(6); (B) dismissing as moot all claims for injunctive relief; and (C) dismissing all claims for compensatory damages. The motion is **DENIED IN ALL OTHER RESPECTS**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, the 27th day of December, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE