UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES EDWARD BOYD | CIVIL ACTION NO. 03-1249-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a letter motion requesting "the court's permission for Inmate Counsel Substitute Bernardo Vasquez to accompany [the plaintiff at] trial to assist with the managing of [his] case." Record Document 62 at 2. Such motion does not indicate whether Inmate Counsel Substitute Bernardo Vasquez is a licensed attorney and/or whether he has been admitted to practice before this Court.

Accordingly,

**IT IS ORDERED** that the aforementioned letter motion (Record Document 62) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 9th day of July, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE