UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHARLES EDWARD BOYD            CIVIL ACTION NO. 03-1249-P

VERSUS            JUDGE S. MAURICE HICKS, JR.

RICHARD STALDER, ET AL.            MAGISTRATE JUDGE HORNSBY

**ORDER**

Before the Court is a Motion for Issuance and Service of Subpoenas (Record Document 98) filed by the plaintiff, Charles Edward Boyd ("Boyd"). In the motion, Boyd, who is proceeding *in forma pauperis*, requested that the U.S. Marshal serve five subpoenas without prepayment of the cost of service.

On January 24, 2008, this Court issued a minute entry specifically outlining Boyd's duties with regard to serving subpoenas on witnesses for trial. See Record Document 81. The minute entry stated:

> As set forth below, a plaintiff proceeding *in forma pauperis* may petition the Court to order the U.S. Marshal to serve a very limited number of subpoenas without prepayment of the cost of such service. If proceeding *in forma pauperis*, a party who wants to have a subpoena served on an unincarcerated witness by a U.S. Marshal must complete the following . . .:
>
> (1) Prepare and file a subpoena for service by the U.S. Marshal upon the witness, together with a completed Marshal's service form (USM-285) (Blank subpoena forms and Marshal's service forms may be obtained from the Clerk of Court); **and**
>
> (2) File a written motion in this Court for an order requiring that a U.S. Marshal make service of the subpoena. If such motion is filed, it must be accompanied by an affidavit, showing that the prospective witness has actual knowledge of relevant facts.

Id. at 2. The Court further noted that the cost of service did not include witness fees and

mileage fees, neither of which may be waived and the payment of which must accompany the subpoena. See id. at 3.

Here, Boyd's request for service of subpoenas without prepayment of costs must be denied on multiple grounds. First, he has not submitted the proper USM-285 form and he failed to file an affidavit demonstrating that the prospective witnesses have actual knowledge of relevant facts. Moreover, he has not paid the required witness and mileage fees.

Accordingly,

**IT IS ORDERED** that the Motion for Issuance and Service of Subpoenas (Record Document 98) filed by the plaintiff, Charles Edward Boyd, be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of March, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE